TRINA A. HIGGINS, United States Attorney (#7349)
KELSY B. YOUNG, Special Assistant United States Attorney (#14076)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: kelsy.young@usdoj.gov

FILED US District Court-UT
MAY 01 '24 PM 2:17

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. ERIC CHAIREZ, Defendant. | INDICTMENT<br><br>COUNT 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition<br><br>Case: 2:24-cr-00153<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 4/30/2024 |
|---|---|

The Grand Jury Charges:

### COUNT 1
### 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about March 19, 2024 in the District of Utah,

**ERIC CHAIREZ**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: SCCY CPX-1, 9mm firearm and ammunition, and the firearm and ammunition were in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- SCCY CPX-1, 9mm firearm, S/N: 558854;
- any associated ammunition and magazines.

/s/
_____
FOREPERSON OF GRAND JURY


TRINA A. HIGGINS
United States Attorney

_____
KELSY B. YOUNG
Special Assistant United States Attorney